**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 13-6991**

―――――――――――

MAURICE GRAVES,

                Plaintiff - Appellant,

        v.

LAUREN B. STEVENS, Public Defender of Sumter County; SUMTER
COUNTY PUBLIC DEFENDER OFFICE,

                Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Joseph F. Anderson, Jr., District
Judge.  (3:12-cv-00826-JFA)

―――――――――――

Submitted:  September 26, 2013      Decided:  September 30, 2013

―――――――――――

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Maurice Graves, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Graves appeals the district court's orders accepting the recommendation of the magistrate judge, dismissing his civil rights complaint and dismissing his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Graves v. Stevens, No. 3:12-cv-00826-JFA (D.S.C. Sept. 18, 2012; June 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED